B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**New Covenant Missionary Baptist Church** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3059240** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**754 East 77th St.**<br>**Chicago, IL**<br>ZIP Code **60619** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | New Covenant Missionary Baptist Church |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **New Covenant Missionary Baptist Church** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Ernesto D. Borges, Jr.**
Signature of Attorney for Debtor(s)

**Ernesto D. Borges, Jr. 6189298**
Printed Name of Attorney for Debtor(s)

**The Law Offices of Ernesto D. Borges, Jr., PC**
Firm Name

**105 W. Madison**
**23rd Floor**
**Chicago, IL 60602**

Address

**Email: notice@billbusters.com**
**312-853-0200  Fax: 312-873-4693**
Telephone Number

**February 21, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Stephen J. Thurston**
Signature of Authorized Individual

**Stephen J. Thurston**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February 21, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **New Covenant Missionary Baptist Church**                              Case No.
                                    Debtor(s)                                   Chapter      **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **ADT Security Services**<br>**14200 East Exposition Ave.**<br>**Aurora, CO 80012** | **ADT Security Services**<br>**14200 East Exposition Ave.**<br>**Aurora, CO 80012** | **Security** | | **11,309.00** |
| **ADT Security Services**<br>**14200 East Exposition Ave.**<br>**Aurora, CO 80012** | **ADT Security Services**<br>**14200 East Exposition Ave.**<br>**Aurora, CO 80012** | **Security** | | **3,603.00** |
| **At & T**<br>**PO BOX 8100**<br>**Aurora, IL 60507** | **At & T**<br>**PO BOX 8100**<br>**Aurora, IL 60507** | **Utilities** | | **1,046.00** |
| **CBM/Cotten JV**<br>**c/o Rourke, Hogan, Fowler & Dwyer**<br>**10 S. LaSalle St., Suite 2900**<br>**Chicago, IL 60603** | **CBM/Cotten JV**<br>**c/o Rourke, Hogan, Fowler & Dwyer**<br>**10 S. LaSalle St., Suite 2900**<br>**Chicago, IL 60603** | **Judgment**<br><br>**10 CH 47073** | | **222,236.00** |
| **Chase Automotive Finance**<br>**P.O. Box 9001083**<br>**Louisville, KY 40290** | **Chase Automotive Finance**<br>**P.O. Box 9001083**<br>**Louisville, KY 40290** | **2006 Bentley Continental GT - 55,000 Miles** | | **43,393.00**<br><br>**(0.00 secured)** |
| **CIT Technology**<br>**P.O. Box 550599**<br>**Jacksonville, FL 32256-0559** | **CIT Technology**<br>**P.O. Box 550599**<br>**Jacksonville, FL 32256-0559** | **Business Credit** | | **23,327.00** |
| **City of Chicago - Dept. of Water**<br>**333 South State Street**<br>**Lower Level, Room 10**<br>**Chicago, IL 60604-3979** | **City of Chicago - Dept. of Water**<br>**333 South State Street**<br>**Lower Level, Room 10**<br>**Chicago, IL 60604-3979** | **Real Estate Located at 7641 S. Evans, Chicago, IL 60619** | | **1,055.00**<br><br>**(0.00 secured)** |
| **Clear Channel**<br>**20880 Stone Oak Parkway**<br>**San Antonio, TX 78258** | **Clear Channel**<br>**20880 Stone Oak Parkway**<br>**San Antonio, TX 78258** | **Advertising** | | **3,619.00** |
| **Com Ed**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197** | **Com Ed**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197** | **Utilities** | | **13,935.00** |
| **Ford Motor Credit**<br>**PO Box 790093**<br>**Saint Louis, MO 63179-0093** | **Ford Motor Credit**<br>**PO Box 790093**<br>**Saint Louis, MO 63179-0093** | **2004 Ford E-350 - 75,000 Miles** | | **4,431.00**<br><br>**(0.00 secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re **New Covenant Missionary Baptist Church**     Case No. _____

           Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Guide One<br>1111 Ashworth Rd.<br>West Des Moines, IA 50265-3538 | Guide One<br>1111 Ashworth Rd.<br>West Des Moines, IA 50265-3538 | Insurance | | 3,298.00 |
| Liquidebt Systems Inc.<br>28W170 Butterfield Rd.<br>Suite 102<br>Warrenville, IL 60555 | Liquidebt Systems Inc.<br>28W170 Butterfield Rd.<br>Suite 102<br>Warrenville, IL 60555 | Advertising | | 7,451.00 |
| Peoples Gas<br>130 E. Randolph Dr.<br>Chicago, IL 60601 | Peoples Gas<br>130 E. Randolph Dr.<br>Chicago, IL 60601 | Utilities | | 5,381.00 |
| Peoples Gas<br>130 E. Randolph Dr.<br>Chicago, IL 60601 | Peoples Gas<br>130 E. Randolph Dr.<br>Chicago, IL 60601 | Utilities | | 1,948.00 |
| Peoples Gas<br>130 E. Randolph Dr.<br>Chicago, IL 60601 | Peoples Gas<br>130 E. Randolph Dr.<br>Chicago, IL 60601 | Utilities | | 7,499.00 |
| Quarles & Brady<br>300 N. LaSalle<br>Suite 4000<br>Chicago, IL 60654 | Quarles & Brady<br>300 N. LaSalle<br>Suite 4000<br>Chicago, IL 60654 | Attorney Fees | | 279,339.00 |
| Schindler Elevator<br>853 N. Church Ct.<br>Elmhurst, IL 60126 | Schindler Elevator<br>853 N. Church Ct.<br>Elmhurst, IL 60126 | Business Credit | | 1,735.00 |
| Seaway National Bank<br>645 E. 87th St.<br>Chicago, IL 60619 | Seaway National Bank<br>645 E. 87th St.<br>Chicago, IL 60619 | Real Estate Located at 20042 Oregan Trail, Olympia Fields, 60461<br><br>Parsonage | | 256,640.00<br><br>(0.00 secured) |
| Urban Partnership Bank<br>7054 S. Jeffery Blvd<br>Chicago, IL 60649 | Urban Partnership Bank<br>7054 S. Jeffery Blvd<br>Chicago, IL 60649 | Real Estate Located at 754 East 77th St., Chicago IL 60619 | | 9,841,896.00<br><br>(0.00 secured) |
| Urban Partnership Bank<br>7054 S. Jeffery Blvd<br>Chicago, IL 60649 | Urban Partnership Bank<br>7054 S. Jeffery Blvd<br>Chicago, IL 60649 | Real Estate Located at 754 East 77th St., Chicago IL 60619 | | 355,513.00<br>(0.00 secured)<br>(9,841,896.00 senior lien) |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **New Covenant Missionary Baptist Church**                                      Case No.
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 21, 2011**                    Signature  **/s/ Stephen J. Thurston**
                                                          **Stephen J. Thurston**
                                                          **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
ADT Security Services
14200 East Exposition Ave.
Aurora, CO 80012


ADT Security Services
14200 East Exposition Ave.
Aurora, CO 80012


At & T
PO BOX 8100
Aurora, IL 60507


CBM/Cotten JV
c/o Rourke, Hogan, Fowler & Dwyer
10 S. LaSalle St., Suite 2900
Chicago, IL 60603


Chase Automotive Finance
P.O. Box 9001083
Louisville, KY 40290


CIT Technology
P.O. Box 550599
Jacksonville, FL 32256-0559


CIT Technology
P.O. Box 550599
Jacksonville, FL 32256-0559


City of Chicago - Dept. of Water
333 South State Street
Lower Level, Room 10
Chicago, IL 60604-3979


City of Chicago - Dept. of Water
333 South State Street
Lower Level, Room 10
Chicago, IL 60604-3979


Clear Channel
20880 Stone Oak Parkway
San Antonio, TX 78258
```

```
Com Ed
P.O. Box 6111
Carol Stream, IL 60197


Cook County Treasurer
118 North Clark Street
Suite 112
Chicago, IL 60602


Ford Motor Credit
PO Box 790093
Saint Louis, MO 63179-0093


Guide One
1111 Ashworth Rd.
West Des Moines, IA 50265-3538


Liquidebt Systems Inc.
28W170 Butterfield Rd.
Suite 102
Warrenville, IL 60555


Orkin
5336 West 124th St.
Alsip, IL 60803


Peoples Gas
130 E. Randolph Dr.
Chicago, IL 60601


Peoples Gas
130 E. Randolph Dr.
Chicago, IL 60601


Peoples Gas
130 E. Randolph Dr.
Chicago, IL 60601


Pitney Bowes
2225 American Drive
Neenah, WI 54956
```

```
Quarles & Brady
300 N. LaSalle
Suite 4000
Chicago, IL 60654


Schindler Elevator
853 N. Church Ct.
Elmhurst, IL 60126


Seaway National Bank
645 E. 87th St.
Chicago, IL 60619


Urban Partnership Bank
7054 S. Jeffery Blvd
Chicago, IL 60649


Urban Partnership Bank
7054 S. Jeffery Blvd
Chicago, IL 60649
```